**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v.  Case No. 3:09cr94/MCR

**ART CASTILLO, JR.**
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, ART CASTILLO, JR., to Count One of the Second Superseding Indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 31st day of October, 2013.

                                         s/ *M. Casey Rodgers*
                                         **M. CASEY RODGERS**
                                         **CHIEF UNITED STATES DISTRICT JUDGE**